UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| XIAOSHAN WANG; MOHAN LIU,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; UR M. JADDOU, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DAVID M. RADEL, DIRECTOR, LOS ANGELES ASYLUM OFFICE,<br><br>Defendants. | No. CV 22-03905 PA (PVCx)<br><br>**ORDER DISMISSING CASE**<br><br>Honorable Percy Anderson<br>United States District Judge |

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The instant action shall be dismissed without prejudice;
2. Defendants agree to diligently work towards adjudication of Plaintiffs' I-589 Applications for Asylum and Withholding of Removal within 120 days of the completion of Plaintiffs' interviews, which took place on August 22, 2022, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication;
3. In the event that adjudication is not completed within 120 days of the completion of the interviews, Plaintiffs may refile this action;
4. Plaintiffs agree to submit all supplemental documents and evidence, if any, to USCIS seven (7) to ten (10) days prior to any additional scheduled interviews. Plaintiffs recognize that failure to submit these documents seven (7) to ten (10) days prior to any additional interviews may result in the interviews being rescheduled at no fault of USCIS; and
5. Each party shall bear his, her or its own litigation costs and attorney fees.

Dated: August 29, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE